# ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

*Return Form to:*
Attorney Grievance Commission of Maryland
100 Community Place
Suite 3301
Crownsville, MD 21032-2027

Phone: 410-514-7051 (Annapolis-Baltimore)
(Toll Free in MD 800-492-1660)

3/28/2007
(Date)

1. Your Name:    Mr. ☐    Mrs. ☐    Ms. ☐    Miss ☐

Shlomo                                    Fuhrer
(First)                  (Middle)                  (Last)

164 Maple Avenue #C
(Street)

Spring Valley      Rockland      NY      10977
(City)              (County)        (State)    (Zip Code)

Telephone Number(s):   Business: 718-889-1136      Home: (845) 352-2640

2. Attorney against whom you wish to file a complaint:

Wolpoff & Abramson LLP.
(Full Name)

702 King Farm Blvd, Rockville, MD 20850
(Address)

Telephone Number(s): 800-678-0303 / 240-306-3900

3. Did you employ the attorney?    Yes ☐    No ☑
If yes, give the approximate date you employed him and the amount, if any, paid to him.

_____ (Amount Paid)          _____ (Date)

4. If your answer to No. 3 above is "No", what is your connection with the attorney?

_____

5. Nature of complaint against the attorney (state in full detail: use separate piece of paper, if necessary). If you
employed the attorney, state what you employed him to do. Further information may be requested.

The above mentioned firm is looking for someone
Elias Mohammad regarding a debt. They call my home
countless times daily. I told them that they have
an incorrect telephone number as Mr Elias doesn't live
here (we don't know who he is) & they should remove our
telephone number & stop calling. But they just keep on calling
non stop. They promised to remove the number but

6. If you have made a complaint about this same matter to any Official or Agency, state the (their) name(s), and the
approximate date you reported it:

_____

7. If your complaint is about a law suit, please furnish the following information, if available:

Name of Court _____ Title of Suit _____

Number of Suit _____ Approximate Date Suit was filed _____

8. If you are or have been represented by any other attorney with regard to this matter, state the name and address
of the other attorney.

_____

Signature: _____
(MUST be signed)

Revised 6/27/2001

they did not remove it. They are bothering me very much as it is very annoying to get countless calls daily that don't pertain to us. My wife is a very busy mother and is very annoyed that the phone ring all hours of the day. The telephone number they are calling is 718-435-4935. Please take care of this matter for us

Thank you

| Date/ Time | Caller ID |
|---|---|
| 2/27/2007 17:00 | 12402497501 |
| 2/28/2007 12:25 | 12402497501 |
| 3/4/2007 13:22 | 12402497501 |
| 3/4/2007 13:22 | 12402497501 |
| 3/6/2007 16:21 | 12402497501 |
| 3/6/2007 16:22 | 12402497501 |
| 3/7/2007 16:46 | 12402497501 |
| 3/7/2007 16:48 | 12402497501 |
| 3/8/2007 13:28 | 12402497501 |
| 3/8/2007 13:28 | 12402497501 |
| 3/12/2007 18:38 | 12402497503 |
| 3/13/2007 9:20 | 12402497503 |
| 3/13/2007 13:44 | 12402497501 |
| 3/14/2007 11:21 | 12402497503 |
| 3/14/2007 11:47 | 12402497503 |
| 3/14/2007 15:42 | 12402497503 |
| 3/15/2007 15:57 | 12402497503 |
| 3/15/2007 16:01 | 12402497501 |
| 3/15/2007 16:40 | 12402497503 |
| 3/18/2007 15:22 | 12402497503 |
| 3/18/2007 16:22 | 12402497503 |
| 3/18/2007 19:25 | 12402497501 |
| 3/20/2007 12:52 | 12402497503 |
| 3/20/2007 16:07 | 12402497503 |
| 3/21/2007 8:46 | 12402497503 |
| 3/22/2007 8:35 | 12402497503 |
| 3/22/2007 9:41 | 12402497503 |
| 3/22/2007 14:01 | 12402497501 |
| 3/26/2007 16:25 | 12402497501 |
| 3/29/07 9:31 | 12402497501 |

This is how many times they call. Every time we tell them that it is an internet tel number. They promise to remove our number & then keep on calling.

Please help us!

# ATTORNEY GRIEVANCE COMMISSION
## OF MARYLAND

**BAR COUNSEL**
MELVIN HIRSHMAN
**DEPUTY BAR COUNSEL**
GLENN M. GROSSMAN
**ASSISTANT BAR COUNSEL**
JAMES P. BOTLUK
RAYMOND A. HEIN
DOLORES O. RIDGELL
GAIL D. KESSLER
FLETCHER P. THOMPSON
MARIANNE J. LEE
DOLORES DORSAINVIL

100 COMMUNITY PLACE
SUITE 3301
CROWNSVILLE, MD 21032-2027
(410) 514-7051
TOLL FREE 800-492-1660

April 5, 2007

**INVESTIGATORS**
MARC O. FIEDLER
STERLING H. FLETCHER
MICHAEL H. PEREGOY
DENNIS F. BIENNAS
C. VERNON WILHELM
WILLIAM M. RAMSEY
**PARALEGALS**
JOHN DeBONE
TERRY L. RUFFATTO
**OFFICE MANAGER**
DEBRA ZACHRY

**PRIVATE AND CONFIDENTIAL**
Wolpoff & Abramson, Esquire
Two Irvington Center
702 King Farm Blvd
Rockville, Maryland 20850-5735

*RE: File No. 2007-0-1248*
*Complainant: Shlomo Fuhrer*

Dear Sirs:

Enclosed is a copy of correspondence which we received from Shlomo Fuhrer.

Maryland Rule 16-712 charges Bar Counsel with investigating all complaints which come to his attention.

We must determine, initially, whether this matter should be classified as a formal docketed complaint or is one which is not disciplinary in nature.

Your response to this matter, in writing, within the next **fifteen (15) days,** will help us make this decision. We expect to forward a copy of your response to the Complainant. If your response is not sufficient to support a disposition of the complaint, we may seek further comment from you or from the Complainant before a decision is made. If the matter is deemed one not disciplinary in nature, we will advise you and the Complainant. If we deem the matter one which may be disciplinary in nature, it will become a docketed complaint. Even if a complaint is docketed, it may later be dismissed without taking disciplinary action if further investigation indicates such disposition is appropriate.

The Court of Appeals is concerned about delays in the disciplinary process. Therefore, if you need additional time to respond, it is necessary for you to request an extension in writing with justifiable reasons for requesting the extension.

Very truly yours,

Melvin Hirshman
Bar Counsel

MH/sla
Enclosure
cc: Shlomo Fuhrer

# ATTORNEY GRIEVANCE COMMISSION
## OF MARYLAND

**BAR COUNSEL**
MELVIN HIRSHMAN
**DEPUTY BAR COUNSEL**
GLENN M. GROSSMAN
**ASSISTANT BAR COUNSEL**
JAMES P. BOTLUK
RAYMOND A. HEIN
DOLORES O. RIDGELL
GAIL D. KESSLER
FLETCHER P. THOMPSON
MARIANNE J. LEE
DOLORES DORSAINVIL

100 COMMUNITY PLACE
SUITE 3301
CROWNSVILLE, MD 21032-2027
(410) 514-7051
TOLL FREE 800-492-1660

**INVESTIGATORS**
MARC O. FIEDLER
STERLING H. FLETCHER
MICHAEL H. PEREGOY
DENNIS F. BIENNAS
C. VERNON WILHELM
WILLIAM M. RAMSEY
**PARALEGALS**
JOHN DeBONE
TERRY L. RUFFATTO
**OFFICE MANAGER**
DEBRA ZACHRY

April 25, 2007

**PRIVATE AND CONFIDENTIAL**

Mr. Shlomo Fuhrer
164 Maple Avenue, #C
Spring Valley, NY 10977

RE:  *File No. 2007-0-1248*
*Respondent: Wolpoff & Abramson*

Dear Mr. Fuhrer:

Enclosed is the response of Ronald S. Canter, Esquire of Wolpoff & Abramson to the complaint which you filed with this office.

The matter has now been taken care of by their office and you should receive no further calls to your home.

Very truly yours,

Melvin Hirshman
Bar Counsel

MH/sgt
Enclosure(s)
cc: Ronald S. Canter, Esquire

**MAIN OFFICE**
**TWO IRVINGTON CENTRE**
**702 KING FARM BLVD., ROCKVILLE, MD 20850**

**REGIONAL OFFICES**
10605 JUDICIAL DR., BLDG. A-5, FAIRFAX, VA 22030
17 WEST CARY STREET, RICHMOND, VA 23220
5122 GREENWICH RD., VIRGINIA BEACH, VA 23462
919 N. MARKET ST., STE. 1300, WILMINGTON, DE 19899
1 VALLEY BANK BLDG., BOX 1228, CLARKSBURG, WV 26302
4860 TRINDLE ROAD, STE. 300, CAMP HILL, PA 17011
301 GRANT ST., STE. 4300, PITTSBURGH, PA 15219
28632 ROADSIDE DR., STE. 265, AGOURA HILLS, CA 91301
39500 HIGH POINTE BLVD., STE. 250, NOVI, MI 48375
300 CANAL VIEW BLVD., ROCHESTER, NY 14623
5215 N. O'CONNOR BLVD., STE. 1060, LAS COLINAS, TX 75039
3200 SOUTHWEST FREEWAY, STE. 3360, HOUSTON, TX 77027
111 SOLEDAD ST., STE. 300, SAN ANTONIO, TX 78205
1201 PEACHTREE STREET, STE. 1717, ATLANTA, GA 30361
301 CARLSON PKWY., STE. 303, MINNETONKA, MN 55305
4643 S. ULSTER ST., STE. 920, DENVER, CO 80237
5355 TOWN CENTER ROAD, STE. 1002, BOCA RATON, FL 33486

LAW OFFICES
**WOLPOFF & ABRAMSON, L.L.P.**
*Attorneys in the Practice of Debt Collection*
(A National Collection Attorney Network Firm)

TWO IRVINGTON CENTRE
702 KING FARM BLVD.
ROCKVILLE, MD 20850-5775

240-386-3900

OUTSIDE WASHINGTON, D.C. METROPOLITAN AREA
(TOLL FREE)
1-800-678-0303

FACSIMILE 240-386-3111

PLEASE DIRECT ALL INQUIRIES TO THE MAIN OFFICE

NATIONAL COLLECTION ATTORNEY NETWORK
AFFILIATED FIRM LOCATIONS (NOT REGIONAL
OFFICES OF WOLPOFF & ABRAMSON, L.L.P.)
BIRMINGHAM, ALABAMA            FARGO, NORTH DAKOTA
ANCHORAGE, ALASKA              CLEVELAND, OHIO
PHOENIX, ARIZONA               OKLAHOMA CITY, OKLAHOMA
LITTLE ROCK, ARKANSAS          EUGENE, OREGON
EAST HARTFORD, CONNECTICUT     PROVIDENCE, RHODE ISLAND
HONOLULU, HAWAII               COLUMBIA, SOUTH CAROLINA
BOISE, IDAHO                   KNOXVILLE, TENNESSEE
CHICAGO, ILLINOIS              SANDY, UTAH
MERRILLVILLE, INDIANA          MILWAUKEE, WISCONSIN
KANSAS CITY, KANSAS            RAWLINS, WYOMING
LEXINGTON, KENTUCKY            SEATTLE, WASHINGTON
METAIRIE, LOUISIANA
WORCESTER, MASSACHUSETTS
ST. LOUIS, MISSOURI
GREAT FALLS, MONTANA           * The National Collection
OMAHA, NEBRASKA                  Attorney Network is an
LAS VEGAS, NEVADA                affiliation of separate law firms
MANCHESTER, NEW HAMPSHIRE
CEDAR KNOLLS, NEW JERSEY        W&A Hours of Operation
RALEIGH, NORTH CAROLINA         8 a.m.-8 p.m. ET M-F

RONALD S. CANTER, ESQUIRE (MD, DC, FL, PA)

April 17, 2007

**RECEIVED**
APR 20 2007
Attorney Grievance
Commission

Melvin Hirshman, Esquire
Bar Counsel
Attorney Grievance Commission of Maryland
100 Community Place Ste 3301
Crownsville, MD 21032-2027

Re:    Complainant: Shlomo Fuhrer
       Your File No. 2007-0-1248

Dear Mr. Hirshman:

This is in response to your letter of April 5, 2007 enclosing a complaint from Shlomo Fuhrer dated March 28, 2007. Mr. Fuhrer states that our firm is contacting him in an attempt to locate an individual by the name of Elias Mohammad. As noted above, there are several files in our office relating to matters involving individuals other than Mr. Fuhrer. The phone numbers listed on Mr. Fuhrer's complaint are listed in our file as belonging to other individuals.

Based upon this complaint, we have taken steps to ensure that no further telephone calls be placed to the numbers listed in Mr. Fuhrer's letter.

Please contact the undersigned if additional information is needed regarding this matter.

Very truly yours,

WOLPOFF & ABRAMSON, L.L.P.

BY:    Ronald S. Canter, Director of Legal Compliance

RSC/mdl
N:\RSC-MDL\2007\APR\16B\HIRSHMAN-LTR.DOC