UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Stein (DS2119)
**STEIN LAW FIRM**
Empire Corporate Center
25 Philips Parkway
Montvale, New Jersey 07645
(201) 391-0770
Attorneys for Plaintiffs
Shlomo and Gitty Fuhrer

| | |
|---|---|
| Shlomo Fuhrer and Gitty Fuhrer,<br><br>    Plaintiffs,<br><br>- vs. -<br><br>Wolpoff & Abramson, LLP,<br><br>    Defendants. | CASE NO. 07-CV-6035 (SCR)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

It is hereby stipulated and agreed by and between the undersigned counsel for plaintiffs, Shlomo and Gitty Fuhrer, and defendant, Wolpoff & Abramson, LLP, that plaintiffs hereby dismiss their claims against defendant in their entirety, and voluntarily discontinues SDNY Case No. 07-CV-6035, with prejudice, and without costs to either party as against the other.

Dated: October ___, 2007

_____  
David Stein  
STEIN LAW FIRM  
Attorneys for Plaintiffs  
Shlomo and Gitty Fuhrer  
Empire Corporate Center  
25 Philips Parkway  
Montvale, New Jersey 07645  
(201) 391-0770

_____  
Jay A. Wechsler  
WILSON, ELSER, et al.  
Attorneys for Defendant  
Wolpoff & Abramson, LLP  
3 Gannett Drive  
White Plains, NY 10604  
(914) 323-7000

So Ordered:

_____  
Honorable Stephen C. Robinson  
U.S.D.J.