UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------

                                      07 Cv. 6035 (SCR)

Shlomo Fuhrer
Gitty Fuhrer,

                    Plaintiffs,

                                      ORDER TO
       v.                                 <u>SHOW CAUSE</u>

Wolpoff & Abramsom
                    Defendant.
-----------------------------

STEPHEN C. ROBINSON, District Judge:

      Conferences in this action having been scheduled for October 5, 2007 and November 2, 2007, and counsel for plaintiff having failed to appear, it is hereby

      ORDERED that plaintiff Show Cause by written affidavit why this action should not be dismissed for failure to prosecute. This affidavit must be filed within twenty days of the date of this Order.

      IT IS FURTHER ORDERED that plaintiff submit one courtesy copy of such affidavit to Chambers.

IT IS SO ORDERED.

White Plains, New York
Dated: December 3, 2007

                                            Stephen C. Robinson
                                            United States District Judge